IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

**JOSEPH PURTELL**                                                                              **PLAINTIFF**

v.                                                                               **NO. 2:05CV192-M-D**

**CORRECTIONS CORPORATION OF AMERICA, ET AL.**        **DEFENDANTS**

**FINAL JUDGMENT**

Upon consideration of the file and records in this action, including the Report and Recommendation of the United States Magistrate Judge dated March 26, 2007, and the April 10, 2007, objections to the Report and Recommendation, the court finds that the plaintiff's objections are without merit and that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the court. It is, therefore **ORDERED**:

1. That the Report and Recommendation of the United States Magistrate Judge dated March 26, 2007, is hereby **APPROVED AND ADOPTED** as the opinion of the court.

2. That the instant case is hereby **DISMISSED** with prejudice.

THIS, the 17th day of May, 2007.

                                                        **/s/ Michael P. Mills**
                                                        **UNITED STATES DISTRICT JUDGE**